1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ROSALVA GARZA | Civil Action No. 1:04-CV-6441 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 15 day extension of time, until August 29, 2005, in which to file and serve Plaintiff's Reply brief. All remaining actions under the scheduling order filed, October 25, 2004, shall proceed under the time limit guidelines set therein.

//
//
//
//
//

| | | |
|---|---|---|
|1| Dated:  August 15, 2005 | /s/ Gina Fazio |
|2| | GINA FAZIO,<br>Attorney for Plaintiff. |
|3| Dated: August 15, 2005 | |
|4| | MCGREGOR SCOTT<br>United States Attorney |
|5| | |
|6| | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
|7| | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   August 22, 2005**               **/s/ Lawrence J. O'Neill**
b9ed48                                     UNITED STATES MAGISTRATE JUDGE