```
                                    FILED
                              JUDGMENT ENTERED

                      _____October 31, 2005_____
                                    (date)

                         by _____G. Lucas_____
                                    Deputy Clerk
                            U.S. District Court
                         Eastern District of California
                         _xx_____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*


ROSALVA GARZA,

       Plaintiff,

                             **JUDGMENT IN A CIVIL ACTION**

vs.

                                   CV-F-04-6441 OWW/LJO

COMMISSIONER OF SOCIAL SECURITY

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation of September 20, 2005 is ADOPTED;

    Judgment is entered in favor of the defendant and against the plaintiff.

DATED:  October 31, 2005

                                      JACK L. WAGNER, Clerk

                             By: /s/ GREG LUCAS
                                   Deputy Clerk